STASKUS LAW FIRM, P.C.
Kim David Staskus (Ca. Bar No. 96137)
1631 Willow Street  Suite 100
San Jose, CA  95125
(408) 264-9822
(408) 266-1859  (facsimile)

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NELSON MARTINEZ PAZ,<br><br>        Plaintiff,<br><br>    vs.<br><br>CODE EXPRESS INC., ET AL,<br><br>        Defendants. | NO. C 14-04736 LB<br><br>**JOINT STIPULATION TO DISMISSAL OF CASE WITH PREJUDICE AND ORDER** |

The parties, by and through their undersigned counsel, stipulate to the dismissal of this case with prejudice based on an informal settlement reached between the parties, the terms of which include dismissal of all defendants to this action with prejudice, as well as each side to bear its own costs and attorney's fees. I, Kim David Staskus, attest that concurrence in the filing of this document has been obtained from each of the other Signatories.

DATED: December 15, 2014          STASKUS LAW FIRM, P.C.


                                  By: _(s)_____
                                       KIM DAVID STASKUS
                                       Attorney for Plaintiff


DATED:  December 15, 2014         LEWIS BRISBOIS BISGAARD & SMITH LLP


                                  By: _(s)_____
                                       ELIZABETH K. MEYERS
                                       Attorneys for Defendant Code Express, Inc.

1

JOINT STIPULATION TO DISMISSAL OF CASE WITH PREJUDICE AND ORDER C14-04736  LB

## ORDER

The matter having come before the court upon the Stipulation of the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED that this case is dismissed with prejudice as to all defendants, with each side to bear its own costs and attorney's fees.

DATED: December 17, 2014

_____
LAURA BEELER
UNITED STATES MAGISTRATE JUDGE